PORTO RICO DRUG COMPANY, PLAINTIFF AND APPELLEE, *v.*
AMERICAN RAILROAD COMPANY, DEFENDANT AND APPELLANT.

HOMAR, COLÓN & COMPANY, PLAINTIFFS AND APPELLEES, *v.*
AMERICAN RAILROAD COMPANY, DEFENDANT AND APPELLANT.

APPEALS from the District Court of Ponce in Actions for
· Damages.

Nos. 1918 and 1919.—Decided March 26, 1920.

Decided on the ground of the opinion delivered in the case of *Vidal & Company*
v. *American Railroad.Company, ante,* page 190.

*Messrs. F. G. Pérez Almiroty* and *G. H. Moscoso* for the
appellants.

*Messrs. A. F. Castro* and *J. Torres Soto* for the appellees.

*Affirmed.*

Justices Wolf, del Toro, Aldrey and Hutchison con-
curred.

Mr. Chief Justice Hernández dissented.